On petition for reconsideration filed February 4, and response filed February 9, reconsideration allowed, former opinion (276 Or App 1, 366 P3d 743) modified and adhered to as modified April 6, 2016

Shannon GOZZI, et al.,
*Plaintiffs,*
*and*

Jennifer ADAMS,
fka Jennifer Schuster,
and Nathan Surrett, individually
and on behalf of
all similarly-situated individuals,
*Plaintiffs-Respondents,*

*v.*

WESTERN CULINARY INSTITUTE, LTD;
and Career Education Corporation,
*Defendants-Appellants.*

Multnomah County Circuit Court
080303530; A152137

371 P3d 1222

Stephen F. English, Thomas R. Johnson, Heidee Stoller, Perkins Coie LLP, Jeff Scott, and Greenberg Traurig LLP, for petition.

Maureen Leonard for response.

Before Ortega, Presiding Judge, and DeVore, Judge, and Edmonds, Senior Judge.

PER CURIAM

**PER CURIAM**

Defendants Western Culinary Institute, Ltd. and its parent company, Career Education Corporation, petition for reconsideration of our opinion in *Gozzi v. Western Culinary Institute, Ltd.*, 276 Or App 1, 366 P3d 743 (2016). Specifically, defendants urge us to reconsider one sentence in the opinion to clarify whether we rejected their second assignment on the merits. We grant reconsideration and modify our opinion to delete the following sentence: "We reject without discussion defendants' second assignment of error, challenging the class itself, but address their contention, asserted in their first assignment of error, that a provision in the arbitration agreements delegates arbitrability and enforceability of the arbitration agreement to an arbitrator rather than to the court." 276 Or App at 3. In its place, we insert the following sentence: "We reject without discussion defendants' second assignment of error, challenging the class itself, because it is procedurally improper for review at this time, but we address their contention, asserted in their first assignment of error, that a provision in the arbitration agreements delegates arbitrability and enforceability of the arbitration agreement to an arbitrator rather than to the court."

Reconsideration allowed; former opinion modified and adhered to as modified.